DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT A. SMITH,**
Appellant,

v.

**CHRISTINE LOFFREDO-SMITH,**
Appellee.

No. 4D20-1106

[April 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502011DR005598XXXNB.

Troy William Klein, West Palm Beach, for appellant.

Jean M. Henne of Jean M. Henne, P.A., Winter Haven, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***